**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1445

GARY L. SWANSON,

Plaintiff - Appellant,

v.

CAROLINA FRESH WATER, LLC; SID SMITH, Owner - Carolina Fresh Water LLC; JERRY HOWARD WALTERS, JR., Attorney for Carolina Fresh Water LLC; EMILY C. PAPPAS, Attorney for Workman Comp/ Hartford Ins.; JOEL TURNER, Attorney for Workman Comp/ Hartford Ins.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:20-cv-00163-BO)

Submitted:  April 26, 2023                              Decided:  August 17, 2023

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary L. Swanson, Appellant Pro Se.  Jerry Howard Walters, Jr., LITTLER MENDELSON PC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary L. Swanson appeals the district court's order dismissing his complaint alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219, among other claims. *See* Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. *See Corder v. Antero Res. Corp.*, 57 F.4th 384, 401 (4th Cir. 2023) (stating standard). Accordingly, we affirm the district court judgment. *Swanson v. Carolina Fresh Water, LLC*, No. 7:20-cv-00163-BO (E.D.N.C. Mar. 25, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*